**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Courtney Rodgers, | Case No. 1:22-cv-01257-BMB |
| Plaintiff, | Honorable Bridget Meehan Brennan |
| v. | |
| First Federal Credit Control, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

     **NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.


RESPECTFULLY SUBMITTED,


Date:   August 5, 2022

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq.
Hyslip Legal, LLC
207 S. Harrison St., Suite A
Algonquin, IL 60102
Phone: 614-490-4224
jeffrey@hysliplegal.com
Ohio Bar No. 0079315

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on, August 5, 2022, I electronically filed the foregoing Notice.

Service of this filing will be made by Plaintiff's counsel upon the following:


Boyd W. Gentry
Law Office of Boyd W. Gentry
4031 Colonel Glenn Highway
First Floor
Beavercreek, OH 45431

*Counsel for Defendant*

<u>/s/ Jeffrey S. Hyslip</u>